✍ **ORIGINAL**


JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        -v.-                     :     NOTICE OF INTENT TO
                                      FILE AN INFORMATION
GWENERVA D. CHERRY,               :
                                            **08 CRIM 141**
        Defendant.             :

- - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         February 7, 2008

                        MICHAEL J. GARCIA
                        United States Attorney

             By: _____
                  Daniel W. Levy
                  Assistant United States Attorney

             AGREED AND CONSENTED TO:

             _____
             Steven M. Statsinger, Esq.
             Attorney for Defendant
             Gwenerva D. Cherry

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 2/8/08]

2/8/08  WHEEL A