UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA  :

        -v.-  :

GWENERVA D. CHERRY  :

        Defendant.  :

- - - - - - - - - - - - - - - - -x

JUDGE SAND

WAIVER OF INDICTMENT

08 Cr. _____ (LBS)

08 CRIM 141

    The above-named defendant, who is accused of violating 18, United States Code, Sections 153 and 2, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
            February 13, 2008

_____
Gwenerva D. Cherry
Defendant

_____
Daniel J. Kennedy
Witness

_____
Steven M. Statsinger, Esq.
Federal Defenders of New York, Inc.
Attorneys for Defendant
Gwenerva D. Cherry

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB __ 2008