# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

RECEIVED
APR 0 8 2008
CHAMBERS OF
LEONARD B. SAND

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

April 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-08

**BY HAND DELIVERY**

Hon. Leonard B. Sand
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:  United States v. Gwenerva Cherry**
>        **No. 08 Cr. 141 (LBS)**
>        **Request for Adjournment, on Consent**

Dear Judge Sand:

As the Court is aware, the conference in this matter scheduled for day was cancelled because Ms. Cherry is in the hospital.  The Court has set Tuesday, April 22, 2008, at 10:00 a.m. as the control date for the next conference.

The defense consents to an order excluding Speedy Trial Act time until the adjourned date.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

AUSA Daniel Levy

So ordered. Sand
USDJ
4/8/08

**MEMO ENDORSED**