```
                                  Daniel W. Levy
                                  Assistant United States Attorney
                                  Telephone: (212) 637-1062
```

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  Warden
     Rose M. Singer Center
     New York City Department of Correction
     19-19 Hazen Street
     East Elmhurst, New York  11370

     United States Marshal for the
     Southern District of New York

GREETINGS:

YOU ARE HEREBY COMMANDED to have the body of GWENERVA CHERRY (NYSID: 2549694N; Date of Birth: Jan. 25, 1957), now detained at the Rose M. Singer Center, New York City Department of Correction, 19-19 Hazen Street, East Elmhurst, New York 11370, released into the custody of the United States Marshal for the Southern District of New York, so that GWENERVA CHERRY may be transported under safe and secure conduct to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, there to be available for sentencing by the Honorable Leonard B. Sand, United States District Judge, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, Courtroom 15A, New York 10007-1312, as soon as CHERRY is available, in connection with her commission of the crime of embezzlement against a bankruptcy estate, in violation of 18 U.S.C. §§ 153 and 2, in <u>United States v. Cherry</u>, 08 Cr. 141 (LBS), and to appear as necessary

thereafter until immediately after CHERRY shall have been sentenced, at which time you shall return CHERRY to the Rose M. Singer Center, New York City Department of Correction, 19-19 Hazen Street, East Elmhurst, New York 11370, and have you then and there this writ.

      WITNESS the Honorable Leonard B. Sand, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, this ___th day of July, 2008.

_____
Clerk, United States District Court
Southern District of New York

The within writ is hereby allowed.

_____
The Honorable Leonard B. Sand
United States District Judge
Southern District of New York